Rebecca J. Hozubin
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, AK 99501
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: rebecca@wilkersonlaw.net
AK Bar #9806016

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANGELO OCAMPO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GEICO GENERAL INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |
| ) Case No. A10-cv:_____ | |

### NOTICE OF REMOVAL

Defendant/removing party, GEICO General Insurance Company ("GEICO"), through its attorneys, Wilkerson Hozubin, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446-48, hereby files its Notice of Removal of the above-entitled action.

1. On March 31, 2010, plaintiff commenced the above-entitled action against defendant in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case Number 3AN-10-6314 Civil. GEICO was notified of the lawsuit when it was served on April 12, 2010.

WILKERSON
HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Ocampo v. GEICO
Page 1 of 4
Case 3:10-cv-00092-RRB   Document 1   Filed 05/05/10   Page 1 of 4

2. Copies of process, pleadings, and orders in the Superior Court are filed herewith pursuant to 28 U.S.C. §1446(a).

3. Pursuant to 28 U.S.C. §1332(a)(1), Federal District Courts "have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states."

4. For the purposes of determining diversity, "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. §1332(c)(1); *see also*, Fifty Assoc. v. Prudential Ins. Co. of Am., 446 F.2d 1187, 1190 (9th Cir. 1970). Individuals are deemed to be citizens of the state of their domicile. Law v. Moss, 797 F.2d 747, 749 (9th Cir. 1986).

5. Plaintiff is a resident of the State of Alaska and is, therefore, deemed to be a citizen of Alaska.

6. Defendant, GEICO, is a corporation incorporated and existing under the laws of the State of Maryland, with its principal place of business in the State of Maryland, and is therefore deemed to be a citizen of Maryland.

7. The amount in controversy in the above-entitled action, exclusive of costs and interest, exceeds $75,000. The

**WILKERSON HOZUBIN**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Complaint is filed in Alaska Superior Court which, pursuant to A.S. 22.10.020 and A.S. 22.15.030, the Superior Court has jurisdiction in matters that exceed $100,000. Thus, while plaintiff is seeking an unspecified amount of damages, there is sufficient allegation on the face of the Complaint to meet the $75,000 amount in controversy. Further, the policy under which plaintiff seeks coverage has uninsured/underinsured motorist coverage for $100,000 per person.

8. The U.S. District Court has jurisdiction over this case and is a proper and appropriate forum to adjudicate this dispute. *See, e.g.*, Government Employees Ins. Co. v. Dizol, 133 F.3d 1220 (9th Cir. 1998).

WHEREFORE, defendant/removing party GEICO respectfully requests that this action be removed from the Superior Court for the State of Alaska to the United States District Court for the District of Alaska.

DATED this 4th day of May, 2010.

By: s/Rebecca J. Hozubin
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, AK 99501
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: rebecca@wilkersonlaw.net
AK Bar #9806016

WILKERSON HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on the
4th day of May, 2010, a true
and correct copy of the foregoing
was electronically sent and mailed
to the following:

Robert Stone, Esq.
1049 W. 5th Avenue, Suite 102
Anchorage AK  99501


WILKERSON HOZUBIN

By:  /s/ Rebecca J. Hozubin

2000/378/plead/Ntc of Removal FINAL

**WILKERSON HOZUBIN**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291